**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Haritos, et al., | ) |
| Plaintiffs, | ) No. CV-02-2255-PHX-PGR |
| vs. | ) |
| | ) <u>ORDER</u> |
| American Express Financial Advisors, Inc., aka Ameriprise Financial, Inc., | ) |
| Defendant. | ) |

Pending before the Court are the plaintiffs' Motion for Leave to Replace Affidavit Exhibit (doc. #160) and the defendant's Motion for Leave to Replace Affidavit Exhibit (doc. #170), wherein the parties seek to replace a few individual pages from exhibits with redacted pages. Since the exhibits in question pertain to the plaintiffs' Motion for Class Certification which is no longer pending, having been deemed withdrawn without resolution, the Court, in consultation with the Clerk of the Court, has concluded that the most efficient way to deal with the issue is to strike from the record the entirety of the documents containing the

/ / /

- 1 -

1  exhibits at issue.  Therefore,

2　　　IT IS ORDERED that the plaintiffs' Motion for Leave to Replace Affidavit
3  Exhibit (doc. #160) is granted to the extent that the entirety of the Affidavit of Carolyn
4  G. Anderson in Support of Class Certification (doc. #143) is stricken from the record.

5　　　IT IS FURTHER ORDERED that the defendant's Motion for Leave to Replace
6  Affidavit Exhibit (doc. #170) is granted to the extent that the entirety of the
7  defendant's Response in Opposition to Plaintiffs' Motion for Class Certification (doc.
8  #151) is stricken from the record.

9　　　DATED this 30th day of September, 2006.

_____
Paul G. Rosenblatt
United States District Judge

- 2 -