**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| John Haritos, et al., )<br>)<br>    Plaintiffs, )<br>  vs. )<br>)<br>American Express Financial )<br>Advisors, Inc., )<br>)<br>    Defendant. ) | No. CV-02-2255-PHX-PGR<br><br>ORDER |

The parties having filed a Stipulation of Dismissal (doc. #188) which is sufficient to automatically effectuate the dismissal of this action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) without the necessity of a court order, <u>Eitel v. McCool</u>, 782 F.2d 1470, 1472-73 and n.4 (9th Cir. 1986),

IT IS ORDERED that the Clerk of the Court shall terminate this action.

DATED this 14th day of March, 2008.

_____
Paul G. Rosenblatt
United States District Judge